# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION



**FILED**

SEP 2 8 2016

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | **PO-16-5066-M-JCL** |
| | CVB Violation No: |
| Plaintiff, | F3640648, FAQU000P |
| vs. | |
| ZACHARY R. DAVIS, | ORDER DISMISSING |
| Defendant. | |

The government has moved to dismiss the above referenced violation notice with prejudice. Accordingly,

**IT IS ORDERED** that violation notice F3640648 and FAQU000P are **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this _28th_ day of September, 2016.

Jeremiah C Lynch
United States Magistrate Judge

c:  USA
    Def
    CVB

ORDER - PAGE 1